AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3/11/08 @ 4:00 p.m. |
| NAME OF SERVER (PRINT)<br>Alex Hernandez | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Served U.S. Dept. of Justice c/o W.T. Lee, Authorized Agent. Served at 950 Pennsylvania Avenue, N.W., Washington, DC  20530.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/08
           Date

Signature of Server

P.O. Box 18647, Washington, DC  20036
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

AGNES MINNS AND MOHAMED ELHENDI

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 01498

ANDREA QUARANTILLO- DD. New York Dist. USCIS; ROBERT MUELLER- Director FBI; MICHAEL B. MUKASEY- Atty. Gen US Dept of Justice; MICHAEL CHERTOFF- Sec. US Dept. of Homeland Security

TO: (Name and address of defendant)

1) ANDREA QUARANTILLO- DD.NYC Dist. USCIS- 26 Fed. Plaza, NY, NY; 2) ROBERT MUELLER- Dir.FBI-935 Pennsylvania Ave, N.W. Washington D.C.20535; 3) MICHAEL B. MUKASEY- Atty.Gen.,US Dept. of Justice- 950 Pennsylvania Ave., N.W. Washington D.C. 20528;4) MICHAEL CHERTOFF- Sec. US DHS-U.S. Dept. of Homeland Security, Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF NARESH M. GEHI, P.C.
118-21 Queens Blvd., Suite 411
Forest Hills, NY 11375

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON    FEB 1 3 2008

CLERK                 DATE

(BY) DEPUTY CLERK