AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-6-08 |
| NAME OF SERVER (PRINT) Felipe Fuentes | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Office of the U.S. Attorney, Southern District of New York c/o Aretha Charles, Authorized Agent. Served at 86 Chambers Street N.Y. N.Y. 10007.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-7-08
            Date

Signature of Server

42-08 79th St. Elmhurst, NY 11373
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

AGNES MINNS AND MOHAMED ELHENDI

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 0149[8]

ANDREA QUARANTILLO- DD. New York Dist. USCIS; ROBERT MUELLER- Director FBI; MICHAEL B. MUKASEY- Atty. Gen US Dept of Justice; MICHAEL CHERTOFF- Sec. US Dept. of Homeland Security

TO: (Name and address of defendant)

1) ANDREA QUARANTILLO- DD.NYC Dist. USCIS- 26 Fed. Plaza, NY, NY; 2) ROBERT MUELLER- Dir.FBI-935 Pennsylvania Ave, N.W. Washington D.C.20535; 3) MICHAEL B. MUKASEY- Atty.Gen.,US Dept. of Justice- 950 Pennsylvania Ave., N.W. Washington D.C. 20528;4) MICHAEL CHERTOFF- Sec. US DHS-U.S. Dept. of Homeland Security, Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF NARESH M. GEHI, P.C.
118-21 Queens Blvd., Suite 411
Forest Hills, NY 11375

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

FEB 13 2008

DATE