**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

---------------------------------X
Minns

                                              NOTICE OF REASSIGNMENT

       -v-

                                              7:08 CV 1498 (SHS) (AJP)

Quarantillo

---------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

    JUDGE: Sidney H. Stein

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                      J. Michael McMahon, CLERK

Dated: 04/30/2008
                      by: _____
                                Deputy Clerk


CC:   Attorneys of Record

Case Redesignated To USMJ: Andrew J. Peck


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

                                              Revised: September 9, 2004