UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

---

MOHAMMED M. ELHENDI, AGNES MINNS,

    Petitioners,

- against -

ANDREA QUARANTILLO, District Director, U.S. Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigation; MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,

    Respondents.

---

Docket No. 08 Civ. 1498 (SCR) SHS
A96-616-118

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party. *The May 23 initial pretrial conference is cancelled.*

New York, New York
May 8, 2008

LAW OFFICES OF N.M. GEHI, P.C.
Attorneys for Petitioner

_____
Naresh M. Gehi, Esq.
118-21 Queens Boulevard, Suite 411
Forest Hills, New York 11375
Tel.  (718) 263-5999
Fax  (718) 263-1685

SO ORDERED: 5/8/08
_____
Hon. ~~Stephen C. Robinson~~ Sidney H. Stein
United States District Judge

New York, New York
April __, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

Dated: May 6, 2008
White Plains, N.Y.

TOTAL P.02